

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 11, 2007

The Honorable Claudia Wilken
United States District Judge
Oakland, California

**FILED**

APR 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re: James McNight
    Docket No.: CR 07-00046-01 CW
    <u>STATUS UPDATE ON RESIDENTIAL TREATMENT</u>

Your Honor:

The offender is currently scheduled to appear before your Honor on April 11, 2007 at 2:00 p.m. for an initial appearance on the Supervised Release Violation Petition submitted on March 21, 2007. Mr. McNight has been interviewed by Peter Budlong of Newbridge Foundation, and has been accepted into the program. United States Probation currently has funding available for the offender to be admitted into Residential Treatment. It is requested that Mr. McNight be released from custody in order to commence treatment at Newbridge Foundation on April 12, 2007 if so ordered by the Court.

Respectfully submitted,

*[signature]*
JaDee Voss
U.S. Probation Officer

Reviewed by:

*[signature]*
Insa Bel'Ochi
Supervising U.S. Probation Officer

---

THE COURT ORDERS:
☒ The release of the offender in order to commence treatment at Newbridge Foundation on April 12, 2007.
☐ Other:

_____
Date

*[signature]*
Claudia Wilken
United States District Judge